1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LORENE GARIBAY, | Case No.: 1:25-cv-00020-JLT-EPG |
| Plaintiff, | STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
| vs. | (ECF No. 13) |
| LELAND DUDEK, Acting Commissioner of Social Security, | |
| Defendant. | |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from May 5, 2025, up to and including June 4, 2025.  This is the Defendant's first request for an extension.

Based on a review of the record, undersigned counsel requires additional time to explore settlement options.  Defendant apologizes to the Court for any inconvenience caused by this delay.  Undersigned counsel contacted Plaintiff's counsel on May 2, 2025, and he had no objection to this request.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| Dated:  May 2, 2025 | | /s/  *Harvey Sackett*\* |
| | | (*as authorized via e-mail on May 2, 2025) |
| | | HARVEY P. SACKETT |
| | | Attorney for Plaintiff |
| Dated:  May 2, 2025 | | MICHELE BECKWITH |
| | | Acting United States Attorney |
| | | MATHEW W. PILE |
| | | Associate General Counsel |
| | | Social Security Administration |
| | By: | /s/  *Noah Schabacker* |
| | | NOAH SCHABACKER |
| | | Special Assistant U.S. Attorney |
| | | Attorneys for Defendant |

2

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including June 4, 2025, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   **May 5, 2025**                               /s/ Erica P. Grosjean
                                                                  UNITED STATES MAGISTRATE JUDGE