# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LORENE GARIBAY,<br><br>  Plaintiff,<br><br>  v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>  Defendant. | Case No.: 1:25-cv-0020 JLT EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(Doc. 15)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AMANDA GARIBAY AND AGAINST DEFENDANT FRANK BISIGNANO, COMMISSIONER OF SOCIAL SECURITY |

Amanda Garibay and Frank Bisignano, Commissioner of Social Security, stipulated to a voluntary remand for further administrative proceedings under sentence four of 42 U.S.C. § 405(g). (Doc. 15 at 1.) Pursuant to the stipulation, the final decision of the Commissioner is reversed. (*Id.* at 2.) Upon remand, the administrative law judge shall "develop the record as necessary; reconsider all relevant issues; offer the claimant the opportunity for a hearing; and issue a new decision." (*Id.* at 2.) In addition, the parties agree the Court should enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*)

///

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.

1

Based upon the terms of the stipulation, the Court **ORDERS**:

1. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).
2. The Clerk of Court is directed to enter judgment in favor of Amanda Lorene Garibay and against Frank Bisignano, Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **June 2, 2025**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE