UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA L. GARIBAY,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security[1],<br><br>   Defendant. | Case No.: 1:25-cv-0020 JLT EPG<br><br>ORDER AWARDING ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(Doc. 18) |

Amanda Garibay and Frank Bisignano, the Commissioner of Social Security, stipulated that Plaintiff shall be awarded fees and expenses in the amount of $4,627.84 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). (Doc. 18 at 1-3.) Accordingly, the Court **ORDERS**: Subject to the terms of the parties' stipulation, the Court **AWARDS** to plaintiff fees and expenses in the amount of $4,627.84 under 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

Dated: __**July 7, 2025**__     _/s/ Jennifer L. Thurston_
UNITED STATES DISTRICT JUDGE

---

[1] Frank Bisignano became the Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the Court substitutes Frank Bisignano as the defendant in this action.